IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **I N D I C T M E N T** |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:20 cr 032 |
| v. ) | |
| ) | Title 18, United States Code, |
| DANE R. LESTER, ) | Sections 922(g)(1), (o), and |
| ) | 924(a)(2), and Title 26, United |
| Defendant. ) | States Code Sections 5844, |
| ) | 5861(i), (k), and 5871 |

JUDGE ADAMS

COUNT 1
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1. On or about May 23, 2019, in the Northern District of Ohio, Eastern Division, the defendant, DANE R. LESTER did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a select fire auto-sear, which is a part, or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machine gun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 2
(Possession of Unlawfully Imported Firearm Under the National Firearms Act, 26 U.S.C. §§ 5844, 5861(k), and 5871)

The Grand Jury further charges:

2. On or about May 23, 2019, in the Northern District of Ohio, Eastern Division, the defendant, DANE R. LESTER did knowingly and unlawfully receive and possess a firearm as

defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a select fire auto-sear, which is a part, or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machine gun, which firearm had been unlawfully imported or brought into the United States in violation of Title 26, United State Code, Sections 5844, 5861(k), and 5871.

## COUNT 3
(Possession of Firearm not Identified by a Serial Number Under the National Firearms Act, 26 U.S.C. §§ 5861(i) and 5871)

The Grand Jury further charges:

3. On or about May 23, 2019, in the Northern District of Ohio, Eastern Division, the defendant, DANE R. LESTER did knowingly and unlawfully receive and possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a select fire auto-sear, which is a part, or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machine gun, which was not identified by serial number as required by Chapter 53 of Title 26, in violation of Title 26, United State Code, Sections 5861(i), and 5871.

## COUNT 4
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

4. On or about May 23, 2019, in the Northern District of Ohio, Eastern Division, Defendant DANE R. LESTER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felonious Assault, on or about July 25, 2008, in Case Number 2008 CR 0050 H, in Richland County Common Pleas Court,

knowingly possessed in and affecting interstate commerce six firearms and ammunition, to wit: a Taurus, model PT11 G2, 9mm caliber pistol, bearing serial number TMA88059, a Ruger, model SR45, .45 caliber pistol, bearing serial number 380-76617, an Anderson Manufacturing, model AM-15, 5.56 caliber rifle (short barrel), bearing serial number 18168625, an Anderson Manufacturing, model AM-15, 5.56 caliber rifle, bearing serial number 18168628, a Sears brand, model 5, .22 caliber (Winchester) rifle, bearing no visible serial number, a Maverick Arms, model 88, 12 gauge shotgun, bearing serial number MV0259319, and one thousand one hundred ten rounds (1,110) of Winchester brand .22 caliber ammunition, said firearms and having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                        A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.